400 A.2d 638

Commonwealth v. Kile, Appellant.

Submitted March 31, 1978. George B. Ditter, Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee. .

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.